## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| **SAMANTHA WILLIAMS,** |  |
| **Plaintiff,** |  |
| **v.** | **DOCKET NO. 21-CV-00017-DCJ-JPM** |
| **D'ARGENT FRANCHISING, LLC,** **D'ARGENT CONSTRUCTION, LLC,** **D'ARGENT COMPANIES, LLC,** **JUSTIN GIALLONARDO, and** **XYZ INSURANCE COMPANY** | **JUDGE DAVID C. JOSEPH** **MAGISTRATE JOSEPH H. L. PEREZ-MONTES** |
| **Defendants.** |  |

## DEFENDANTS' EX-PARTE MOTION TO FILE DEFENDANTS' MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT UNDER SEAL

**COME NOW** Defendants, D'Argent Franchising, LLC, D'Argent Construction, LLC, D'Argent Companies, LLC and Justin Giallonardo (collectively, "Defendants"), and respectfully move this Honorable Court to issue an Order directing the Clerk of Court to seal Defendants' Motion to Strike Portions of Plaintiff's Complaint and supporting Memorandum ("Motion to Strike"). Defendants' Motion to Strike contains arguments concerning the immaterial, impertinent and scandalous allegations regarding Defendants and non-parties. In order to demonstrate the scandalous nature of at least two of the paragraphs in Plaintiff's Complaint, for example, Defendants cite the language in those paragraphs verbatim. Therefore, in order to protect from disclosure the very information that Defendants' Motion to Strike seeks to have stricken from the record, Defendants submit that the Motion to Strike should not be filed in the public record because the record's continued public availability will only cause Defendants further prejudice.

1

**WHEREFORE**, Defendants respectfully ask the Court to permit Defendants to file their Motion to Strike under seal.

JACKSON LEWIS P.C.

*/s/ Susan Fahey Desmond*
SUSAN FAHEY DESMOND (T.A.)
La. Bar Roll No. 25380
E-mail:  Susan.Desmond@jacksonlewis.com
GILLIAN G. W. EGAN
La. Bar Roll No. 36842
E-mail: Gillian.Egan@jacksonlewis.com
650 Poydras Street, Suite 1900
New Orleans, Louisiana  70130
Telephone:     (504) 208-1755
Facsimile:     (504) 208-1759

**COUNSEL FOR DEFENDANTS D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, AND JUSTIN GIALLONARDO**

<u>**CERTIFICATE OF SERVICE**</u>

I certify that the foregoing was filed using the Court's ECF system which will send electronic notice of the filing to all parties. I further certify that the proposed sealed documents were served upon counsel for plaintiff(s) via electronic mail on the 9th day of March, 2021.

*/s/ Susan Fahey Desmond*
SUSAN FAHEY DESMOND

2