## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SAMANTHA WILLIAMS,** | |
| **Plaintiffs,** | |
| **v.** | **DOCKET NO. 21-CV-00017-DCJ-JPM** |
| **D'ARGENT FRANCHISING, LLC,** **D'ARGENT CONSTRUCTION, LLC,** **D'ARGENT COMPANIES, LLC,** **JUSTIN GIALLONARDO, and** **XYZ INSURANCE COMPANY** | **JUDGE DAVID C. JOSEPH** **MAGISTRATE JOSEPH H. L. PEREZ-MONTES** |
| **Defendants.** | |

## <u>ORDER</u>

**CONSIDERING** the motion filed by Defendants to allow for the filing of Defendants' Motion to Strike Portions of Plaintiff's Complaint under seal;

**IT IS ORDERED** that Defendant's motion is **GRANTED** and the Defendants Motion to Motion to Strike Portions of Plaintiff's Complaint and supporting Memorandum shall be filed with the Court under seal.

_____
JUDGE