UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMANTHA WILLIAMS, | |
| Plaintiffs, | |
| v. | DOCKET NO. 21-CV-00017-DCJ-JPM |
| D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, JUSTIN GIALLONARDO, and XYZ INSURANCE COMPANY | JUDGE DAVID C. JOSEPH<br><br>MAGISTRATE JOSEPH H. L. PEREZ-MONTES |
| Defendants. | |

### DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING ON THEIR MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT

MAY IT PLEASE THE COURT:

Contemporaneously with the filing of the instant Motion, Defendants are filing a request to file under seal a Motion to Strike Portions of Plaintiff's Complaint, asking the Court to strike portions of Plaintiff's January 12, 2021, Amended Complaint (the "FAC")[2], or, in the alternative, Plaintiff's Proposed First Amended Complaint (the "proposed SAC")[3], that contain immaterial, impertinent and scandalous matter.

The allegations and hearsay statements contained in Plaintiff's FAC and proposed SAC are clearly included to embarrass and annoy both Defendants and a non-party, and to cast them in a derogatory light. Further, the FAC has already attracted the ire and attention of local media.[4]

---

[2] *See* Amended Complaint, Dkt. 5.
[3] *See* proposed First Amended Complaint, Dkt. 16-3.
[4] As detailed in Defendants' proposed Motion to Strike Portions of Plaintiff's Complaint, at least two local news articles have been published about this case, and they have both referenced portions of the FAC that are subject to Defendants' Motion to Strike.

1

Because of the potential for the allegations contained in the FAC to cause irreversible harm to the reputations of Defendants, and to an individual not party to this action resulting from these public allegations, Defendants request expedited consideration of their Motion.

**JACKSON LEWIS P.C.**

*/s/ Susan Fahey Desmond*
SUSAN FAHEY DESMOND (T.A.)
La. Bar Roll No. 25380
E-mail:  Susan.Desmond@jacksonlewis.com
GILLIAN G. W. EGAN
La. Bar Roll No. 36842
E-mail: Gillian.Egan@jacksonlewis.com
650 Poydras Street, Suite 1900
New Orleans, Louisiana  70130
Telephone:     (504) 208-1755
Facsimile:      (504) 208-1759

**COUNSEL FOR DEFENDANTS D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, AND JUSTIN GIALLONARDO**