UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMANTHA WILLIAMS and DAKOTA FISHER, individually and on behalf of all others similarly situated, and WES PIGOTT, <br><br> Plaintiffs, <br><br> v. <br><br> D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, JUSTIN GIALLONARDO, and XYZ INSURANCE COMPANY <br><br> Defendants. | DOCKET NO. 21-CV-00017-DCJ-JPM <br><br> JUDGE DAVID C. JOSEPH <br><br> MAGISTRATE JOSEPH H. L. PEREZ-MONTES |

## ORDER

Considering the Motion to Expedite Plaintiff's Motion for Leave to Amend and Defendant's Motion to Dismiss and finding it well-taken;

IT IS ORDERED that Defendants' Motion is GRANTED ~~and:~~

~~1) An expedited briefing and hearing schedule is hereby set as follows:~~

_____
JUDGE
03/24/2021