UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMANTHA WILLIAMS,<br><br>    Plaintiffs,<br><br>v.<br><br>D'ARGENT FRANCHISING, LLC,<br>D'ARGENT CONSTRUCTION, LLC,<br>D'ARGENT COMPANIES, LLC,<br>JUSTIN GIALLONARDO, and<br>XYZ INSURANCE COMPANY<br><br>    Defendants. | DOCKET NO. 21-CV-00017-DCJ-JPM<br><br>JUDGE DAVID C. JOSEPH<br><br>MAGISTRATE JOSEPH H. L. PEREZ-MONTES |

## ORDER

**CONSIDERING** the motion filed by Defendants to allow for the filing of Defendants' Motion to Strike Portions of Plaintiff's Complaint under seal;

**IT IS ORDERED** that Defendant's motion is **GRANTED** and the Defendants Motion to Motion to Strike Portions of Plaintiff's Complaint and supporting Memorandum shall be filed with the Court under seal.

                                                                   _____
                                                                   JUDGE

                                                                              03/24/2021