UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

SAMANTHA WILLIAMS                                              CASE NO.  1:21-CV-00017

VERSUS                                                                          MAGISTRATE JUDGE PEREZ-MONTES

D'ARGENT FRANCHISING L L C ET AL

### NOTICE OF MOTION SETTING

The Motion to Quash and Motion for Protective Order (Document No. 32) filed by D'Argent Companies L L C, D'Argent Construction L L C, D'Argent Franchising L L C, Justin Giallonardo on March 11, 2021 has been referred to Magistrate Judge Perez-Montes.

#### Deadlines

Any response to said motion is due within twenty-one **(21) days from date of this Notice** in accordance with LR 7.5.  A reply to the response limited **SOLELY** to matters raised by the opposition may be filed within five **(5) days** thereafter.  Replies to responses are limited to 7 pages.  Any party filing no brief will be deemed not to oppose the motion.  At the close of the briefing period, the record will be submitted to the Magistrate Judge for consideration.  A written ruling or recommendation will issue in due course.

#### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Accordingly, responses and briefs should fully address all pertinent issues.  Should the Court feel oral argument is necessary, all parties will be notified.

#### Courtesy Copies

Counsel shall deliver a courtesy copy of the response briefs and any corresponding attachments to chambers promptly after filing:

> Hon. Joseph H. L. Perez-Montes
> United States Magistrate Judge
> U. S. Court House and Post Office Building
> Room 331
> 515 Murray St.
> Alexandria, Louisiana 71301

Magistrate Judge Perez-Montes requires courtesy copies only when the filing and attachments exceed 50 pages.  Copies should be bound and indexed as the situation may demand and should be delivered by mail or courier to chambers at the address indicated above.  Please do not send courtesy copies by fax or email.

**ALL DEADLINES SET FORTH IN THE SCHEDULING ORDER SHALL REMAIN IN PLACE UNLESS OTHERWISE ORDERED BY THIS COURT.**

If the parties resolve any matters raised in the motion, the moving party should immediately notify chambers at (318) 473-7510.

**DATE OF NOTICE: April 8, 2021**

TONY R. MOORE
CLERK OF COURT