**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SAMANTHA WILLIAMS,<br>    Plaintiff,<br><br>v.<br><br>D'ARGENT FRANCHISING, LLC,<br>D'ARGENT CONSTRUCTION, LLC,<br>D'ARGENT COMPANIES, LLC,<br>JUSTIN GIALLONARDO, and<br>STATE FARM FIRE & CASUALTY CO.<br>    Defendants. | DOCKET NO. 21-CV-00017-DCJ-JPM<br><br>JUDGE DAVID C. JOSEPH<br><br>MAGISTRATE JOSEPH H. L. PEREZ-MONTES |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S**
**MOTION TO LIFT STAY OF DISCOVERY**

    Defendants, D'Argent Franchising, LLC, D'Argent Companies, LLC, D'Argent Construction, LLC, Justin Giallonardo and State Farm Fire & Casualty Co., by and through undersigned counsel, submit this Opposition in response to Plaintiff Samantha Williams' Motion to Lift Stay of Discovery (the "Motion"). (Dkt. 70.)

    In a sealed order dated August 12, 2021 (Dkt. 67), the Court denied Defendants D'Argent Franchising, LLC, D'Argent Companies, LLC, D'Argent Construction, LLC and Justin Giallonardo's Motion to Dismiss (Dkt. 7) and granted in part and denied in part their Motion to Strike portions of Plaintiff's Complaint (Dkt. 38). On August 12, the Court did not automatically lift its stay of discovery in the instant action, and, accordingly, Plaintiff filed her Motion on August 19, 2021. (Dkt. 70.) Her only argument in favor of lifting the stay is that because the Motion to Dismiss was denied, "the basis for the stay of discovery has now dissipated," and "the stay should be lifted." (Dkt. 70-1 at p. 2.)

1

A "District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997) (citing *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936)). How to best manage the court's docket "calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." *Landis*, 299 U.S. at 254-55. Here, the stay should not be lifted because it will lead to a doubling of discovery efforts between this case and the related *Samantha Williams et al v. D'Argent Franchising LLC et al.*, Case No. 1:20-CV-01501, action (the "FLSA action") pending before this Court. The Court has not lifted the stay of discovery currently in place in the FLSA action. There will be a significant overlap in discovery for this action and the related FLSA action because the same parties are involved. To commence discovery now in the instant action only to restart the process anywhere from weeks to months later in the FLSA action will not promote efficiency but will cause the parties to engage in the same discovery conversations again and again.

Accordingly, to maintain an even balance, the Court should uphold the stay of discovery in this case until the stay of discovery is lifted in the FLSA action so that the parties can proceed with an efficient and methodical discovery process in both cases, along the same timelines, with the goal of eliminating duplicative discovery.

Respectfully, submitted,

*/s/ Susan Fahey Desmond*
Susan Fahey Desmond (Bar # 25380)
Susan.Desmond@jacksonlewis.com
Rachel T. Gulotta (Bar #37706)
Rachel.Gulotta@jacksonlewis.com
Katelyn W. Harrell (Bar #35164)
Katelyn.Harrell@jacksonlewis.com
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Telephone:   (504) 208-1755
Facsimile:    (504) 208-1759

**COUNSEL FOR DEFENDANTS**
**D'ARGENT FRANCHISING, LLC,**
**D'ARGENT CONSTRUCTION, LLC,**
**D'ARGENT COMPANIES, LLC,**
**JUSTIN GIALLONARDO AND**
**STATE FARM FIRE & CASUALTY CO.**

3