UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SAMANTHA WILLIAMS,<br>    Plaintiff,<br><br>v.<br><br>D'ARGENT FRANCHISING, LLC,<br>D'ARGENT CONSTRUCTION, LLC,<br>D'ARGENT COMPANIES, LLC,<br>JUSTIN GIALLONARDO, and<br>STATE FARM FIRE & CASUALTY<br>CO.<br>    Defendants. | DOCKET NO. 21-CV-00017-DCJ-JPM<br><br>JUDGE DAVID C. JOSEPH<br><br>MAGISTRATE JOSEPH H. L. PEREZ-MONTES |

## JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff Samantha Williams and Defendants D'Argent Franchising, LLC, D'Argent Construction, LLC, D'Argent Companies, LLC, Justin Giallonardo and State Farm Fire & Casualty Co., and upon advising that this matter has been settled in full, move this Court to issue an Order dismissing Plaintiff's claims against Defendants, with prejudice, each party to bear its own costs.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court issue an Order dismissing Plaintiff's claims against Defendants with prejudice, each party to bear its own costs.

Dated March 3, 2022

Respectfully submitted,

/s/ Susan F Desmond

William Most
La. Bar Roll No. 36914
E-mail: williammost@gmail.com
Caroline Gabriel
E-mail: caroline.gabriel.ma@gmail.com
La. Bar Roll No. 38224
**MOST & ASSOCIATES**
201 St. Charles Ave., Suite 114 #101
New Orleans, Louisiana 70170

Susan Fahey Desmond
La. Bar Roll No. 25380
E-mail:  Susan.Desmond@jacksonlewis.com
Katelyn W. Harrell
La. Bar Roll No. 35164
E-mail: Katelyn.Harrell@jacksonlewis.com
Rachel T. Gulotta
La. Bar Roll No. 37706
E-mail: Rachel.Gulotta@jacksonlewis.com

_____
Kenneth C. Bordes
La. Bar Roll No. 35668
E-mail: kcb@kennethbordes.com
**KENNETH C. BORDES, ATTORNEY AT LAW, LLC**
4224 Canal St.
New Orleans, LA 70119

**ATTORNEYS FOR PLAINTIFF, SAMANTHA WILLIAMS**

**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana  70130
Telephone:	(504) 208-1755
Facsimile:	(504) 208-1759

**COUNSEL FOR DEFENDANTS D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC AND JUSTIN GIALLONARDO**

_____
Adam P. Massey
La. Bar Roll No. 29330
E-mail: amassey@smd-law.com
Shannon S. Sale
La. Bar Roll No. 30080
E-mail: ssale@smd-law.com
STRAUSS MASSEY DINNEEN LLC
935 Gravier Street, Suite 1250
New Orleans, LA 70112
Telephone:	(504) 380-0290
Facsimile:	(504) 332-8434

**COUNSEL FOR DEFENDANT STATE FARM FIRE & CASUALTY CO.**