UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SAMANTHA WILLIAMS,<br>    Plaintiff,<br><br>v.<br><br>D'ARGENT FRANCHISING, LLC,<br>D'ARGENT CONSTRUCTION, LLC,<br>D'ARGENT COMPANIES, LLC,<br>JUSTIN GIALLONARDO, and<br>STATE FARM FIRE & CASUALTY CO.<br>    Defendants. | DOCKET NO. 21-CV-00017-DCJ-JPM<br><br>JUDGE DAVID C. JOSEPH<br><br>MAGISTRATE JOSEPH H. L. PEREZ-MONTES |

## ORDER

Having duly considered the Joint Motion for Voluntary Dismissal with Prejudice filed by Plaintiff Samantha Williams and Defendants D'Argent Franchising, LLC, D'Argent Construction, LLC, D'Argent Companies, LLC, Justin Giallonardo and State Farm Fire & Casualty Co.,

**IT IS ORDERED** that the Motion is **GRANTED**. Plaintiff's claims against Defendants are dismissed, with prejudice, with each party to bear its own costs.

**IT IS FURTHER ORDERED** that all currently set dates and deadlines are stricken.

This 7th day of March, 2022.

_____
Joseph H.L. Perez-Montes
United States Magistrate Judge